UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Dimas Cuadrado,

          Plaintiff,

    -against-

Correctional Officer who worked 11-7 on 2-6-07
13/15 Upper at Rikers C 1.

          Defendant.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 2 2008
```

08 Civ. 3026 (PAC)(THK)

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| **_X_ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)** | ____ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ____ Specific Non-Dispositive Motion/Dispute:* _____ | ____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ Habeas Corpus |
| | ____ Social Security |
| ____Settlement* | **_X_ Dispositive Motion (i.e. motion requiring a Report and Recommendation)** |
| ____ Inquest After Default/Damages Hearing | |

\* Do not check if already referred for general pretrial

SO ORDERED

*/s/ Paul A. Crotty*
Paul A. Crotty
United States District Judge

DATED: New York, New York
          April 2, 2008

Copy Mailed By Chambers To:

Dimas Cuadrado
241-07-06215
AMKC
18-18 Hazen St.
East Elmhurst, NY 11370