```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 14 MAY 2009
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DIMAS CUADRADO,

                        Plaintiff,

-against-

CORRECTION OFFICER J. SERRANO et al.

                        Defendants.

------------------------------------------------------------x

Index No. 08CV3026 (PAC) (THK)

ORDER

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that all claims asserted herein have been settled or otherwise disposed of, it is,

**ORDERED**, that the above-entitled action be and hereby is dismissed with prejudice, without costs to either party.

Dated: New York, New York
       May 14, 2009

_____
PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

**Copies Mailed By Chambers**